# TURCOTTE LAW, P.C.
575 Madison Avenue, Suite 1006, New York, New York  10022

**Christopher B. Turcotte**
Direct Dial: (212) 937-8499
Direct Fax: (646) 417-5851
E-Mail: cturcotte@cbtlaw.com

June 3, 2022

**VIA ECF FILING**
The Honorable John P. Cronan
United States District Court
 for the Southern District of New York
500 Pearl Street, Room 1320
New York, New York  10007

> This request is granted.  The Court adjourns the Initial Pretrial Conference from June 28, 2022, to August 1, 2022 at 11:00 a.m.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 12.
>
> SO ORDERED.
>
> Dated:  June 6, 2022
>
> New York, New York
>
> _/s/ John P. Cronan_
> JOHN P. CRONAN
> United States District Judge

Re:   *Harvey v. Climb Credit Investco, LLC*
      Case No. 1:22-cv-00503-JPC

Dear Judge Cronan:

This firm represents defendant Climb Credit Investco, LLC ("Climb") in the above-referenced matter.  We write on behalf of Plaintiff and Climb to request an adjournment of the initial conference scheduled for June 28, 2022.

By way of background, on April 1, 2022, the Court entered a mediation referral order directing the parties to engage in mediation with a court-appointed mediator. ECF No. 11.  On May 31, 2022, the parties commenced mediation with mediator Brian Gallagher.  The parties are scheduled to resume mediation with Mr. Gallagher on June 21, 2022, and we wish to exhaust all efforts to resolve this dispute via mediation before engaging in formal discovery.

In view of this, and Plaintiff's counsel not being available for the June 28th conference, the parties jointly request an adjournment of this initial conference date.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/Christopher B. Turcotte

Christopher B. Turcotte

cc: Adam G. Singer, Esq.