UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRITTNEY HARVEY,<br><br>       Plaintiff,<br><br>-against-<br><br>CLIMB CREDIT INVESTCO, LLC,<br><br>       Defendant,<br><br>-against-<br><br>MARA STELLWOOD<br><br>   Third-Party Defendant. | Case No. 1:22-cv-00503 (JLR)<br><br>**ORDER OF DISMISSAL** |

JENNIFER L. ROCHON, United States District Judge:

  The Court having been advised at ECF No. 23 that all claims asserted herein as to the dispute between Plaintiff and Defendant have been settled in principle, it is ORDERED that the above-entitled action as to Plaintiff and Defendant be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within thirty days** of the date of this Order if the settlement is not consummated.

  To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.

  If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

  Any pending motions are moot. All conferences are cancelled. IT IS FURTHER ORDERED that Defendant shall file a Notice of Dismissal, or otherwise indicate how it intends to proceed against the Third-Party Defendant, no later than October 21, 2022.

Dated: October 3, 2022
   New York, New York

                   SO ORDERED.

                   *Jennifer Rochon*
                   JENNIFER L. ROCHON
                   United States District Judge