UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRITTNEY HARVEY,<br><br>       Plaintiff,<br><br>-against-<br><br>CLIMB CREDIT INVESTCO, LLC,<br><br>       Defendant,<br><br>-against-<br><br>MARA STELLWOOD<br><br>    Third-Party Defendant. | Case No. 1:22-cv-00503 (JLR)<br><br>**ORDER OF DISMISSAL** |

JENNIFER L. ROCHON, United States District Judge:

  On September 30, 2022, Plaintiff and Defendant indicated that they had settled in principle. ECF No. 23. On October 3, 2022, the Court directed the parties to indicate how they intended to proceed with regard to the Third-Party Defendant, Mara Stellwood, by October 21, 2022. ECF No. 24. On October 14, 2022, Defendant filed a Notice of Voluntary Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), dismissing its claims against Mara Stellwood without prejudice to renewal. ECF No. 25. Also on October 14, 2022, Plaintiff and Defendant filed a Joint Stipulation of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). ECF No. 26. Accordingly, the parties have voluntarily dismissed this case in its entirety.

  The Clerk of Court is respectfully directed to terminate all pending motions and to close this case.

Dated: October 17, 2022
   New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge